JOHN L. BURRIS, SBN 69888
BEN NISENBAUM, SBN 222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621
(510) 839-5200; FAX (510) 839-3882

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD YAMOAH,

    Plaintiff,

v.

CITY & COUNTY OF
SAN FRANCISCO, et al.

    Defendants.

No. C07-06336 BZ

SUMMONS RETURNED EXECUTED
SERVED: City & County of San Francisco

PROOF OF SERVICE

AO 440 (Rev. 8/01) Summons in a Civil Action    Edward Yamoah v. City and County of San Francisco

07-06336 BZ

## RETURN OF SERVICE    City and County

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | January 17, 2008 |
| Name of SERVER  Joyce Bratton | TITLE  Process Server |

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served: Office of the Mayor, City Hall Rm 200, 1 Dr. Carlton B. Goodlett Pl., San Francisco, CA 94102

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL $4 | SERVICES $55 | TOTAL $59 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 17, 2008        Joyce Bratton #1026
              Date                    Signature of Server

                                      842 46th St. Oakland, CA 94608
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.