JOHN L. BURRIS, SBN 69888
BEN NISENBAUM, SBN 222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621
(510) 839-5200; FAX (510) 839-3882

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C07-06336 BZ

EDWARD YAMOAH,

    Plaintiff,

v.

CITY & COUNTY OF
SAN FRANCISCO, et al.

    Defendants.

SUMMONS RETURNED EXECUTED
SERVED: Heather Fong, Chief of Police

PROOF OF SERVICE

07-06336 JCS Edward Yamoah v. City and County of San Francisco

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Heather Fong, Chief of Police

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | January 17, 2008 |
| Name of SERVER: Joyce Bratton | TITLE: Process Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Lottie Baker, Legal Assistant for Suits and Claims #1226, 850 Bryant Street 5th Floor, San Francisco, CA 94103

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $40 | $40 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 17, 2008

Signature of Server: Joyce Bratton #1026

Address of Server: 842 46th St. Oakland, CA 94608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.