1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  BLAKE P. LOEBS, State Bar #145790
   WARREN METLITZKY, State Bar # 220758
4  Deputy City Attorneys
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3868  Loebs
6  Telephone:    (415) 554-3916  Metlitsky
   Facsimile:    (415) 554-3837
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO &
9  CHIEF OF POLICE HEATHER FONG

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD YAMOAH,<br><br>         Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; KEVIN HEALY, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; JASON KRISTAL, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; ROBERT DOSS, individually and his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; JON KASPER, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers, DOES 1-25, inclusive,<br><br>         Defendants. | Case No. C07-06336<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br><br>**AND**<br><br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Trial Date:        None set |

27

28

DEFTS' DECLIN. TO PROCEED BEFORE MAGISTRATE JUDGE      1        n:\lit\li2008\080698\00465247.doc
CASE NO.:  C07-06336

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Defendants City and County of San Francisco and Chief of Police Heather Fong ("defendants") hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated::  February 8, 2008

>
> DENNIS J. HERRERA
> City Attorney
> JOANNE HOEPER
> Chief Trial Deputy
> BLAKE P. LOEBS
> Deputy City Attorney
> WARREN METLITZKY
> Deputy City Attorney
>
>
> By:   s/*Blake P. Loebs*
>    BLAKE P. LOEBS
>    WARREN METLITZKY
>
>    Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, et al.