UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edward Yamoah, | No. C07-6336 BZ |
|     Plaintiff(s). | |
|     v. | NOTICE OF IMPENDING REASSIGNMENT TO A UNITED <u>STATES DISTRICT COURT JUDGE</u> |
| City and County of San Francisco, et al., | |
|     Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The Case Management Conference set for **April 7, 2008** at **4:00 p.m.** is hereby **VACATED**.

Dated: February 12, 2008

                                                    Richard W. Wieking, Clerk
                                                    United States District Court

                                                    *Lashanda Scott*

                                                    By: Lashanda Scott - Deputy Clerk to
                                                    Magistrate Judge Bernard Zimmerman

reassign.DCT