**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Yamoah,<br><br>    Plaintiff(s),<br><br> v.<br><br>City and County of San Francisco,<br><br>    Defendant(s). | 07-06336 CW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

  The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

  Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-06336 CW  -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.
3
4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.
6
7
8  Dated: March 20, 2008
9                                              RICHARD W. WIEKING
                                                Clerk
10                                             by:    Timothy J. Smagacz

11                                             _____
12                                             ADR Administrative Assistant
                                                415-522-4205
13                                             Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-06336 CW                                    -2-

PROOF OF SERVICE

Case Name:	Yamoah v. City and County of San Francisco

Case Number:	07-06336 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>	ADR Program
>	United States District Court
>	Norther District of California
>	450 Golden Gate Avenue Floor 16
>	San Francisco, CA 94102

On March 20, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>	John L. Burris
>	Law Offices of John L. Burris
>	7677 Oakport Street
>	Suite 1120
>	Airport Corporate Centre
>	Oakland, CA 94621
>	john.burris@johnburrislaw.com
>
>	Benjamin Nisenbaum
>	Law Offices of John L. Burris
>	7677 Oakport Street, Suite 1120
>	Airport Corporate Center
>	Oakland, CA 94621
>	bnisenbaum@gmail.com
>
>	Blake Philip Loebs
>	City Attorney's Office
>	Fox Plaza
>	1390 Market Street, Sixth Floor
>	San Francisco, CA 94102-5408
>	blake.loebs@sfgov.org

Warren Metlitzky
San Francisco City Attorney's Office
1390 Market Street
6th Floor
San Francisco, CA 94102
warren.metlitzky@sfgov.org

Jason Kristal
,


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 20, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov