UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD YAMOAH,

                Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, ET AL.

                Defendant.

CASE NO. CV C 07-06336 CW

STIPULATION AND ORDER SELECTING ADR PROCESS

I. **ADR PROCESS**

The parties hereby stipulate to participate in the ADR process checked below *(select one : court-connected or private process)*.

**Court-connected ADR processes:**

☐ Arbitration

    ☐ Non-binding

    ☐ Binding

☐ Early Neutral Evaluation (ENE)

☐ Early Settlement Conference with a Magistrate Judge

☒ Mediation

**Private ADR process:**

☐ Type of Process: _____

Name, address and phone number of private provider:

_____

_____

_____

STIPULATION AND ORDER SELECTING ADR PROCESS

NDC-ADRS

II. **TIMING FOR ADR PROCESS**

☑ **Cases in ENE or Mediation (or similar private process):**

The parties shall conduct the ADR session by _July 8th, 2008_ (no later than 90 days after the date set for the first Case Management Conference unless otherwise ordered under General Order 36, § VII.D.)

☐ **Cases in Arbitration (court-connected or private):**

The parties shall conduct the Arbitration by _____ (no later than 135 days after the date set for the first Case Management Conference unless otherwise ordered – the clerk will send the parties a list of arbitrators for ranking within 10 days after the Case Management Conference.)

III. **OTHER STIPULATIONS** (e.g. regarding additional disclosures and/or discovery before the ADR session, issues to be addressed in ADR session, etc.)

Dated:

_[signature]_
Plaintiff's Counsel
Edward Yamoah
Adante Pointer
Law Offices of John L. Burris

Dated: 4/2/08

_[signature]_
Defendant
City and County of San Francisco

IT IS SO ORDERED.

Dated:

_____
United States District Judge