# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

EDWARD YAMOAH                          )    CASE NO. CV  C 07-06336 CW
                                       )
                                       )    STIPULATION AND ORDER
                          Plaintiff,   )    SELECTING ADR PROCESS
                                       )
              v.                       )
                                       )
CITY AND COUNTY OF SAN FRANCISCO,      )
ET AL.                                 )
                                       )
                          Defendant.   )
                                       )
_____)

## I.    ADR PROCESS

The parties hereby stipulate to participate in the ADR process checked below *(select one : court-connected or private process)*.

### Court-connected ADR processes:

☐    Arbitration

    ☐    Non-binding

    ☐    Binding

☐    Early Neutral Evaluation (ENE)

☐    Early Settlement Conference with a Magistrate Judge

☒    Mediation

### Private ADR process:

☐    Type of Process: _____

    Name, address and phone number of private provider:

    _____

    _____

    _____

STIPULATION AND ORDER SELECTING ADR PROCESS

NDC-ADRS

II.   TIMING FOR ADR PROCESS

☑   **Cases in ENE or Mediation (or similar private process):**

The parties shall conduct the ADR session by _____July 8th, 2008_____ *(no later than 90 days after the date set for the first Case Management Conference unless otherwise ordered under General Order 36, § VII.D.)*

☐   **Cases in Arbitration (court-connected or private):**

The parties shall conduct the Arbitration by _____ *(no later than 135 days after the date set for the first Case Management Conference unless otherwise ordered — the clerk will send the parties a list of arbitrators for ranking within 10 days after the Case Management Conference.)*

III.   **OTHER STIPULATIONS** *(e.g. regarding additional disclosures and/or discovery before the ADR session, issues to be addressed in ADR session, etc.)*

Dated:

_Plaintiff 's Counsel_
Edward Yamoah,
Adante Pointer
Law Offices of John L. Burris

IT IS SO ORDERED.

Dated:   4/7/08

Dated:   4/2/08

Defendant
City and County of San Francisco

_____
United States District Judge