1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  BLAKE P. LOEBS, State Bar #145790
   WARREN METLITZKY, State Bar # 220758
4  Deputy City Attorneys
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3868  Loebs
6  Telephone:     (415) 554-3916  Metlitzky
   Facsimile:     (415) 554-3837
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO &
9  CHIEF OF POLICE HEATHER FONG

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD YAMOAH, | Case No. C07-06336 |
| Plaintiff, | **CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; KEVIN HEALY, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; JASON KRISTAL, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; ROBERT DOSS, individually and his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; JON KASPER, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers, DOES 1-25, inclusive, | Trial Date:          June 22, 2009 |
| Defendants. | |

1  CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c) and pursuant to this Court's Minute Order and Case Management Order, the undersigned parties hereby voluntarily consent to have United States Magistrate Judge Joseph C. Spero conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: April 24, 2008          LAW OFFICES OF JOHN L. BURRIS

By: /s/ Adante Pointer
    ADANTE POINTER

Attorneys for PLAINTIFF
EDWARD YAMOAH
[The filer of this document attests that concurrence in the filing of this document has been obtained from defendant's attorney below, and shall serve in lieu of his signature.]

Dated: April 24, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
BLAKE P. LOEBS
Deputy City Attorney
WARREN METLITZKY
Deputy City Attorney

By: /s/ Warren Metlitzky
    BLAKE P. LOEBS
    WARREN METLITZKY

Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, et al.