IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD YAMOAH,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.
_____/

No. C 07-06336 CW

ORDER OF REFERENCE
TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1 and the consent of parties, IT IS HEREBY ORDERED that the above-captioned case is referred for all further proceedings in the case, including trial, and the entry of a final judgment to Magistrate Judge Joseph C. Spero to be heard and considered at the convenience of his calendar.  The case management dates previously set remain in effect, **unless** the pretrial conference and trial dates are reset by Magistrate Judge Spero.  Dispositive motions shall be heard no later than January 29, 2009, **in accordance with Magistrate Judge Spero's civil law and motion calendar.**

Dated:  4/28/08

                         CLAUDIA WILKEN
                         United States District Judge

cc: Wings; JCS/Karen Hom