**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**CASE NUMBER:  CV 07-06336 CW**
**CASE TITLE:  Yamoah-v-City and County of San Francisco**

## REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Honorable JOSEPH C. SPERO**

　　　X　 San Francisco Division

　　　___ Oakland Division

　　　___ San Jose Division for all further proceedings.

This case has been assigned the following new number: **C07-6336 JCS**

**All future filings should reflect this new number.  The old number is no longer applicable to this case.  Please change all of your records accordingly.**

ALL MATTERS OTHER THAN TRIAL DATES PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Dated:   4/29/08

COMMITTEE:

FOR THE EXECUTIVE

_Richard W. Wieking_
Clerk

NEW CASE FILE CLERK:
Copies to:     Courtroom Deputies        Special Projects
Log Book Noted                           Entered in Computer KK 4/29/08

CASE SYSTEMS ADMINISTRATOR:
Copies to:     All Counsel
Transferor CSA