United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Yamoah, | 07-06336 JCS MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| City and County of San Francisco, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Matthew B. Pavone**
Law Offices of Matthew Pavone
Courtyard Square
750 Grant Ave., Suite 250
Novato, CA 94945
415-209-9610

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1      Counsel are reminded that the written mediation statements required by the ADR

2    L.R. 6-7 shall NOT be filed with the court.

3

4    Dated: April 30, 2008

5                                              RICHARD W. WIEKING
                                               Clerk
6                                              by:      Alice M. Fiel

7

8    _____
                                               ADR Case Administrator
9                                              415-522-3148
                                               Alice_Fiel@cand.uscourts.gov
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

---

**Notice of Appointment of Mediator**
07-06336 JCS MED                    - 2 -