JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD YAMOAH,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; KEVIN HEALY, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; JASON KRISTAL, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; ROBERT DOSS, individually and his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; JON KASPER, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers, DOES 1-25, inclusive,<br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　/ | Case No. 07-06336 JCS<br><br>**PROOF OF SERVICE** |

| Attorney or Party without Attorney:<br>JOHN L. BURRIS, Esq.<br>LAW OFFICE OF JOHN L. BURRIS<br>7677 OAKPORT ST., #1120<br>OAKLAND, CA 94621 | Telephone No.:<br>(510) 839-5200<br><br>Bar #69888 | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>YAMOAH | |

Insert name of Court, and Judicial District and Branch Court:
U. S. District Court, Northern District Of California

Plaintiff: EDWARD YAMOAH
Defendant: CITY AND COUNTY OF SAN FRANCISCO et al

| PROOF OF SERVICE<br>(Summons In A Civil Case) | Hearing Date: | Time: | Dept/Div | Case Number:<br>C07-06336 CW |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action, and **I served copies** of the:
   Summons In A Civil Case; Complaint; Minute Order And Case Management Order; Notice Re Case Management Conferences; Order For Pretrial Preparation; Juror Questionnaire; Reassignment Order

2. a. Party Served: JASON KRISTAL, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO (Defendant)

   b. Person Served: party in item 2.a.

   c. Address: 14 RIDGE AVENUE
   SAN RAFAEL, CA 94901

3. I served the party named in item 2
   a. **by personally delivering** the copies
   (1) on: Mon, May. 05, 2008
   (2) at: 11:55AM

5. Person serving:
   MATTHEW ANDERSON
   **SAME DAY ATTORNEY SERVICE**
   (REGISTERED ALAMEDA COUNTY #584)
   725 WASHINGTON ST, SUITE 200
   OAKLAND, CA 94607
   (510) 444-1441

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. Fee for service: $85.00
   d. Registered California process server.
   (2) Registration No.: 97
   (3) County: MARIN

6. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May. 05, 2008

Jud. Coun. form, rule 982(a)(23)   PROOF OF SERVICE   (Signature)   BURRIS.33774