# MATTHEW B. PAVONE
### ATTORNEY AT LAW

Courtyard Square
750 Grant Avenue, Suite 250
Novato, California 94945

Telephone: 415-209-9610
Facsimile: 415-892-0337
E-mail: MPavone@PavoneLaw.com
Website: PavoneLaw.com

**FILED**
JUN 0 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

May 29, 2008

***VIA FACSIMILE & FIRST CLASS MAIL***

John L. Burris, Esq.
Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland CA 94621
Tel: 510-839-5200
Fax: 510-839-3882

Blake Philip Loebs, Esq.
San Francisco City Attorney's Office
1390 Market St., Sixth Floor
San Francisco, CA 94102-5408
Tel: 415-554-3868
Fax: 415-554-3837

Adante Pointer, Esq.
Law Offices of John L. Burris
7677 Oakport St. #1120
Oakland CA 94621
Tel: 510-839-5200
Fax: 510-839-3882

Warren Metlitzky, Esq.
San Francisco City Attorney's Office
1390 Market St., Sixth Floor
San Francisco, CA 94102-5408
Tel: 415-554-3868
Fax: 415-554-3837

    **Re:** *Edward Yamoah vs. City and County of San Francisco*
          *Mediation*

Dear Counsel:

    This will confirm that we have scheduled the mediation in this case for July 28, 2008. We will hold the mediation at the Federal Building in San Francisco, 450 Golden Gate Avenue, 16th Floor, at 10:00 a.m.

    All participants should be prepared to present a valid photo identification upon entering the building. Please report to the ADR Reception room number 6892 on the 16th Floor to check in and be directed to the assigned courtroom. We agreed to keep the whole day available to allow the mediation to continue as long as it is being productive.

    Please make sure that the written statements described in ADR L.R. 6-7 are faxed to my office before 5:00 p.m., on Friday, July 25, 2008. Please make the statements no longer than ten (10) pages in length, exclusive of exhibits. You may fax or e-mail the statements to my office to meet the deadline, but please follow-up with a "hard" copy.

Page 2
May 29, 2008

If you think it would be helpful to our mediation, I will accept confidential statements relating, for example, to obstacles to or options for settlement. Any confidential statements should be in addition to, not in lieu of, the statement you exchange with the other parties.

Also, please remember to arrange for your clients' attendance. Individual parties should appear personally. Institutional or government entities may appear through officials with full settlement authority. If insurance is involved in the settlement negotiations, please make sure that representatives with full authority to speak on behalf of their respective carriers attend as well.

Please prepare for the mediation by discussing each of the following items with your clients:

- Clients' interests, not just positions, and how these interests could be met;
- Other side's interests, and how these could be met;
- Best and worst alternatives to a negotiated settlement;
- Strengths and weaknesses of your case; and,
- Estimated budget to litigate the case through trial.

As we discussed, under ADR L.R. 5-4(b), I will donate my preparation time and the first full day of the mediation. If the case has not resolved and you all agree to continue, I will charge my hourly rate of $300 for any subsequent sessions and any ongoing settlement efforts.

Enclosed, please find a copy of the confidentiality agreement I plan to use. I will require that each participant in the mediation sign the agreement before we begin the session.

I look forward to seeing you on July 28, 2008.

Very truly yours,

MATTHEW B. PAVONE

MBP/lb
Enclosure (Confidentiality Agreement)

cc: Alice M. Fiel, *Via Facsimile: 415-522-4112*
ADR Case Administrator