1  JOHN L. BURRIS (State Bar No. 69888)
   ADANTÉ D. POINTER (State Bar No. 236229)
2  LAW OFFICES OF JOHN BURRIS
   Airport Corporate Center
3  7677 Oakport St., Suite 1120
   Oakland, California 94621
4  Telephone:   (510) 839-5200
5  Facsimile:   (510) 839-3882
   John.Burris@johnburrislaw.com
6  Adante.Pointer@johnburrislaw.com

7

8  Attorneys for Plaintiff
   EDWARD YAMOAH

9

10

11                    UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

15  EDWARD YAMOAH,                 ) Case No.: C07-06336 JCS
         Plaintiff,                )
                                   ) **STIPULATION AND [PROPOSED]**
16       vs.                       ) **ORDER CONTINUING MEDIATION**
                                   )
17  CITY AND COUNTY OF SAN         )
    FRANCISCO, a municipal corporation; )
18  HEATHER FONG, in her capacity as Chief )
    of Police for the CITY AND COUNTY OF )
19  SAN FRANCISCO; KEVIN HEALY,    )
    individually and in his capacity as a police )
20  officer for the CITY AND COUNTY OF )
    SAN FRANCISCO; JASON KRISTAL,  )
21  individually and in his capacity as a police )
    officer for the CITY AND COUNTY OF )
22  SAN FRANCISCO; ROBERT DOSS,    )
    individually and his capacity as a police )
23  officer for the CITY AND COUNTY OF )
    SAN FRANCISCO; JON KASPER,     )
24  individually and in his capacity as a police )
    officer for the CITY AND COUNTY OF )
25  SAN FRANCISCO; and, San Francisco
    police officers, DOES 1-25, inclusive,
         Defendants.

YAMOAH v. CCSF, et al.                          STIPULATION AND [PROPOSED] ORDER
                            - 1 -

1  IT IS HEREBY STIPULATED (and respectfully requested) by and between plaintiffs and all defendants, by and through their designated counsel, that the scheduled Mediation date of July 31, 2008, be rescheduled to a later date sometime before October 31, 2008.

Good cause being the parties have met, conferred and agree that a considerable amount of discovery must be completed prior to mediation in order to make mediation more effective. Specifically, the parties have agreed to take the depositions of relevant witnesses and conduct other related discovery. Therefore, good cause being shown, the parties request the court ordered mediation be rescheduled from its current date of July 31, 2008 to a later date sometime before October 31, 2008.

**IT IS SO AGREED.**

Dated: July 7, 2008

**The Law Offices of John L. Burris**

/s/
ADANTÉ D. POINTER, ESQ.
Attorneys for Plaintiff


**The City and County of San Francisco**

Dated: July 7, 2008

/s/
WARREN METLITZKY, ESQ.
Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: 7/14/08


IT IS SO ORDERED
Judge Joseph C. Spero

YAMOAH v. CCSF, et al.                    STIPULATION AND [PROPOSED] ORDER
- 2 -