# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 07-6336 JCS**

**CASE NAME: EDWARD YAMOAH v. CCSF, ET AL.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: July 25, 2008    **TIME**: 10 mins | **COURT REPORTER**: Not Recorded |
| <u>**COUNSEL FOR PLAINTIFF:**</u><br>Adante Pointer | <u>**COUNSEL FOR DEFENDANT:**</u><br>Warren Metlitzky |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Further Case Management Conference | Held. |

<u>**ORDERED AFTER HEARING:**</u>

Deadline to complete mediation has been extended to Oct. 31, 2008.  Updated joint case management conference statement shall be due by 10/31/8.

**ORDER TO BE PREPARED BY:**       () Plaintiff       () Defendant       (X) Court

**CASE CONTINUED TO:**   11/07/08 at 1:30 p.m., for a further case mgmt conference.

| | |
|---|---|
| Number of Depos: 2 each side before Mediation | Discovery Cutoff: |
| **Expert Disclosure:**       **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**       at 9:30 a.m. | **Pretrial Conference:**       at 1:30 p.m. |
| **Trial Date:**       at 8:30 a.m.  ()Jury   ()Court     Set for     days | |

**cc:**       Chambers; Karen, ADR
\* (T) = Telephonic Appearance