UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD YAMOAH,

         Plaintiff(s),

  v.

CITY AND COUNTY OF SAN FRANCISCO, ET AL,

         Defendant(s).
_____/

Case No. C-07-06336 JCS

**FURTHER CASE MANAGEMENT AND PRETRIAL ORDER**

Following a further case management conference held on **July 25, 2008,**

IT IS HEREBY ORDERED THAT:

1. The deadline to complete mediation has been extended to **October 31, 2008.**

2. Each side may take up to two (2) depositions before the mediation.

3. An updated joint case management conference statement shall be due by **October 31, 2008.**

4. A further case management conference is set for **November 7, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: July 28, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge