1  **JOHN L. BURRIS (State Bar No. 69888)**
   **ADANTÉ D. POINTER (State Bar No. 236229)**
2  LAW OFFICES OF JOHN BURRIS
   Airport Corporate Center
3  7677 Oakport St., Suite 1120
   Oakland, California 94621
4  Telephone:     (510) 839-5200
   Facsimile:     (510) 839-3882
5  John.Burris@johnburrislaw.com
6  Adante.Pointer@johnburrislaw.com

7
   Attorneys for Plaintiff
8  **EDWARD YAMOAH**

9

10
                    **UNITED STATES DISTRICT COURT**
11
                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12
                         **SAN FRANCISCO DIVISION**
13

14

15 | EDWARD YAMOAH,          ) Case No.: C07-06336 JCS
   |       Plaintiff,         )
   |                          ) **STIPULATION AND [~~PROPOSED~~]**
16 |   vs.                    ) **ORDER CONTINUING MEDIATION**
   |                          )
17 | CITY AND COUNTY OF SAN   )
   | FRANCISCO, a municipal corporation; )
18 | HEATHER FONG, in her capacity as Chief )
   | of Police for the CITY AND COUNTY OF  )
19 | SAN FRANCISCO; KEVIN HEALY,  )
   | individually and in his capacity as a police )
20 | officer for the CITY AND COUNTY OF )
   | SAN FRANCISCO; JASON KRISTAL, )
21 | individually and in his capacity as a police )
   | officer for the CITY AND COUNTY OF )
22 | SAN FRANCISCO; ROBERT DOSS, )
   | individually and his capacity as a police )
23 | officer for the CITY AND COUNTY OF )
   | SAN FRANCISCO; JON KASPER, )
24 | individually and in his capacity as a police )
   | officer for the CITY AND COUNTY OF )
25 | SAN FRANCISCO; and, San Francisco
   | police officers, DOES 1-25, inclusive,
   |       Defendants.

IT IS HEREBY STIPULATED, and respectfully requested, by and between plaintiff and all defendants, by and through their designated counsel, that the scheduled mediation date of October 31, 2008, be rescheduled to be completed no later than December 15, 2008.

Good cause being the parties have met, conferred and agree that a considerable amount of discovery must be completed prior to mediation in order to make mediation more effective. Specifically, the parties have agreed to take the depositions of relevant witnesses and conduct other related discovery. Therefore, good cause being shown, the parties request the court ordered mediation be rescheduled from its current date of October 31, 2008 to a date no later than December 15, 2008.

**IT I S SO AGREED.**

Dated: October 28, 2008         **The Law Offices of John L. Burris**

_____/s/_____
ADANTÉ D. POINTER, ESQ.
Attorneys for Plaintiff


**The City and County of San Francisco**

Dated: October 28, 2008         _____/s/_____
WARREN METLITZKY, ESQ.
Attorneys for Defendants

1  **IT IS SO ORDERED.**

3  Dated: __October 29, 2008__



Judge Joseph C. Spero