1 | **JOHN L. BURRIS (State Bar No. 69888)**
**ADANTÉ D. POINTER (State Bar No. 236229)**
2 | LAW OFFICES OF JOHN BURRIS
Airport Corporate Center
3 | 7677 Oakport St., Suite 1120
Oakland, California 94621
4 | Telephone:    (510) 839-5200
5 | Facsimile:     (510) 839-3882
John.Burris@johnburrislaw.com
6 | Adante.Pointer@johnburrislaw.com

7

8 | Attorneys for Plaintiff
**EDWARD YAMOAH**

9

10

11 | UNITED STATES DISTRICT COURT

12 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | SAN FRANCISCO DIVISION

14

15 | EDWARD YAMOAH,          ) Case No.: C07-06336 JCS
           Plaintiff,                    )
                                         ) **STIPULATION AND [PROPOSED]**
16 |      vs.                            ) **ORDER TO CONTINUE CASE STATUS**
                                         ) **CONFERENCE**
17 | CITY AND COUNTY OF SAN               )
FRANCISCO, a municipal corporation;      )
18 | HEATHER FONG, in her capacity as Chief )
of Police for the CITY AND COUNTY OF     )
19 | SAN FRANCISCO; KEVIN HEALY,           )
individually and in his capacity as a police )
20 | officer for the CITY AND COUNTY OF    )
SAN FRANCISCO; JASON KRISTAL,            )
21 | individually and in his capacity as a police )
officer for the CITY AND COUNTY OF       )
22 | SAN FRANCISCO; ROBERT DOSS,           )
individually and his capacity as a police )
23 | officer for the CITY AND COUNTY OF    )
SAN FRANCISCO; JON KASPER,               )
24 | individually and in his capacity as a police
officer for the CITY AND COUNTY OF
25 | SAN FRANCISCO; and, San Francisco
police officers, DOES 1-25, inclusive,
           Defendants.

IT IS HEREBY STIPULATED (and respectfully requested) by and between plaintiffs and all defendants, by and through their designated counsel, that the scheduled Case Status Conference date of November 7, 2008, be rescheduled to December 19, 2008.

Good cause being, it will serve the interest of the parties and judicial comity to reschedule the case status conference until after the parties complete mediation. Specifically, the parties intend and this court has ordered the parties to mediate this matter before December 12, 2008. Therefore, the parties request the case status conference be held after the scheduled mediation so that the parties and the court will be in a better position to determine what, if any, additional measures are necessary to prepare the case for trial and/or resolution.

**IT I S SO AGREED.**

Dated: November 6, 2008                **The Law Offices of John L. Burris**

                                        _____/s/_____
                                        ADANTÉ D. POINTER, ESQ.
                                        Attorneys for Plaintiff


                                        **The City and County of San Francisco**


Dated: November 6, 2008                _____/s/_____
                                        WARREN METLITZKY, ESQ.
                                        Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: 11/6/08


YAMOAH v. CCSF, et al.                                              AND [PROPOSED] ORDER
                                        - 2