UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD YAMOAH, | |
| Plaintiff, | No. C07-6336 JCS |
| v. | |
| CITY & COUNTY OF SAN FRANCISCO, ET AL, | **ORDER CONTINUING SETTLEMENT CONFERENCE** |
| Defendant(s). | |

On January 12, 2009 the court received a joint request to continue tomorrow's settlement conference. My secretary left a voicemail message with Mr. Pointer that the settlement conference would be continued to February 5, 2009 if the parties would so stipulate. The parties have failed to execute the appropriate stipulation, despite follow-up requests. **IT IS THEREFORE ORDERED** that the settlement conference presently scheduled for January 23, 2009 is **continued** to **Thursday, February 5, 2009 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. There will be no further continuances. The previously issued settlement

1

1 | conference otherwise remains in full force and effect.
2 | Dated: January 22, 2009
3 | _____
4 | Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\YAMOAH.CONTINUE SETT CONF.wpd

2