1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  WARREN METLITZKY, State Bar # 220758
   MEGHAN HIGGINS, State Bar # 235685
4  Deputy City Attorneys
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3916  Metlitzky
6  Telephone:    (415) 554-3896  Higgins
   Facsimile:    (415) 554-3837
7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO,
   CHIEF OF POLICE HEATHER FONG, OFFICER KEVIN HEALY,
9  OFFICER JON KASPER AND OFFICER ROBERT DOSS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| EDWARD YAMOAH, | Case No. C07-06336 JCS |
|---|---|
| Plaintiff, | |
| vs. | **ADMINISTRATIVE REQUEST FOR ORDER ALLOWING EQUIPMENT THROUGH SECURITY; [PROPOSED] ORDER** |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; KEVIN HEALY, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; JASON KRISTAL, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; ROBERT DOSS, individually and his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; JON KASPER, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers, DOES 1-25, inclusive, | Trial Date:  November 9, 2009<br>Judge:       Hon. Joseph Spero |
| Defendants. | |

[PROPOSED] ORDER ALLOWING EQUIPMENT THROUGH SECURITY
CASE NO.  C07-06336

1

Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, defendants City and County of San Francisco et al. seek an Order from the Court directing the Federal Marshal and/or Federal Security Services to allow into the Federal Courthouse the following for use at trial in the above-referenced matter.

The parties request admission into the Federal Courthouse of the following:

1. Laptop computers;
2. Elmo;
3. Projector (with stand);
4. Oversized Projector Screen;
5. Extension cords;
6. Speakers for use with laptop;
7. Additional monitors

Dated:  October 16, 2009

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
WARREN METLITZKY
MEGHAN HIGGINS
Deputy City Attorneys

By:            /S/
WARREN METLITZKY

Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, CHIEF OF POLICE HEATHER FONG, OFFICER KEVIN HEALY, OFFICER JON KASPER AND OFFICER ROBERT DOSS

[PROPOSED] ORDER ALLOWING EQUIPMENT THROUGH SECURITY
CASE NO.  C07-06336

2

# [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, the administrative motion is GRANTED. The Court Orders the United States Marshals Service to allow the following equipment through security:

1. Laptop computers;
2. Elmo;
3. Projector (with stand);
4. Oversized Projector Screen;
5. Extension cords;
6. Speakers for use with laptop;
7. Additional monitors.

IT IS SO ORDERED.

Dated: October 16, 2009

HONORABLE JOSEPH SPERO
United States District Court Judge

[~~PROPOSED~~] ORDER ALLOWING EQUIPMENT THROUGH SECURITY
CASE NO. C07-06336

3