DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
WARREN METLITZKY, State Bar # 220758
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3916
Facsimile:     (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CHIEF OF POLICE HEATHER FONG, OFFICER KEVIN HEALY,
OFFICER JON KASPER AND OFFICER ROBERT DOSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD YAMOAH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; KEVIN HEALY, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; JASON KRISTAL, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; ROBERT DOSS, individually and his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; JON KASPER, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers, DOES 1-25, inclusive,<br><br>Defendants. | Case No. C07-06336 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE CERTAIN CLAIMS AGAINST ALL DEFENDANTS AND DISMISSING ALL CLAIMS AGAINST SERGEANT ROBERT DOSS AND OFFICER KEVIN HEALY**<br><br>Trial Date:            November 9, 2009 |

STIPULATION RE DISMISSAL;
Yamoah v. CCSF, et al – USDC No. CV-07-6336 JCS
n:\lit\li2009\080698\00589125.doc

The parties hereby stipulate, subject to Court approval, as follows:

1. All claims in Plaintiff's Complaint For Damages against Defendant Sergeant Robert Doss shall be dismissed with prejudice.

2. All claims in Plaintiff's Complaint For Damages against Defendant Kevin Healy shall be dismissed with prejudice.

3. The parties intend that the case proceed to trial based on Plaintiff's claims in the Complaint that Defendant officers Jon Kasper and Jason Kristal used excessive force against Plaintiff. Consequently, Plaintiff will not pursue any claims under the remaining Causes of Action other than those claims related to Plaintiff's claims that Defendants used excessive force against Plaintiff. For example, Plaintiff will not pursue claims including but not limited to claims for unlawful search or unlawful arrest or detention, false imprisonment claims, or any *Monell* claims.

4. Consistent with the stipulation between the parties, Plaintiff will pursue claims for excessive force under the First Cause of Action, claims for assault and battery under the Fourth Cause of Action, claims for intentional infliction of emotional distress through use of excessive force under the Sixth Cause of Action, and claims under the Eighth Cause of Action for violations of California Civil Code Section 52.1 for interference with Plaintiff's civil rights through use of wrongful and excessive force.

5. Plaintiff's Second, Third, Fifth, Seventh, and Ninth Causes of Action shall be dismissed with prejudice.

6. Defendants Kevin Healy and Robert Doss will not seek to recover costs or attorneys from Plaintiff based on this stipulation of dismissal. Defendants Jon Kasper, Jason Kristal, and the City and County of San Francisco will not seek to recover costs or attorneys fees from Plaintiff based on the Second, Third, Fifth, Seventh, and Ninth Causes of Action. Nothing in this stipulation shall preclude the remaining defendants from seeking to recover costs or attorneys fees from Plaintiff on the remaining causes of action listed in Paragraph 4 of this stipulation to the extent that they are entitled to collect such costs or fees under applicable law.

7. Plaintiff will not seek to recover costs or attorneys fees from Defendants Kevin Healy or Robert Doss. Plaintiff will also not seek to recover costs or attorneys fees from the remaining

defendants based on the Second, Third, Fifth, Seventh, and Ninth Causes of Action. Nothing in this stipulation shall preclude Plaintiff from seeking to recover costs or attorneys fees from other defendants on the causes of action listed in Paragraph 4 of this stipulation to the extent that he is entitled to collect such costs or fees under applicable law.

Dated: October 23, 2009

> DENNIS J. HERRERA
> City Attorney
> JOANNE HOEPER
> Chief Trial Deputy
> WARREN METLITZKY
> Deputy City Attorney
>
> By: _____
> WARREN METLITZKY
> Attorneys for Defendants
> CITY AND COUNTY OF SAN FRANCISCO,
> CHIEF OF POLICE HEATHER FONG, OFFICER
> KEVIN HEALY, OFFICER JON KASPER AND
> OFFICER ROBERT DOSS

Dated: October 22, 2009

> LAW OFFICES OF JOHN L. BURRIS
>
> By: _____
> ADANTE D. POINTER
> Attorneys for Plaintiff

---

STIPULATION RE DISMISSAL;  2   n:\lit\li2009\080698\00589125.doc
Yamoah v. CCSF, et al. – USDC No. CV-07-6336 JCS

ORDER

Based on the foregoing stipulation, the Court hereby ORDERS that all claims against Defendants Sergeant Robert Doss and Officer Kevin Healy be DISMISSED WITH PREJUDICE. The Court FURTHER ORDERS that the Second, Third, Fifth, Seventh and Ninth Causes of Action shall be dismissed as to all Defendants with prejudice. The Court FURTHER ORDERS that the case will proceed on the First, Fourth, Sixth and Eight Causes of Action consistent with the parties' stipulation above.

Dated: 10/26/09



HON. J_____
UNITED STATES DISTRICT JUDGE

STIPULATION RE DISMISSAL;
Yamoah v. CCSF, et al. – USDC No. CV-07-6336 JCS

3

n:\lit\li2009\080698\00589125.doc