**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD M. YAMOAH,                                    Case No.  C07-06336 JCS

          Plaintiff(s),

                                                     **ORDER DIRECTING JURY
     v.                                              COMMISSIONER TO FURNISH DAILY
                                                     REFRESHMENTS**

CITY AND COUNTY OF SAN FRANCISCO
ET. AL.,

          Defendant(s).
_____/

     IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall

furnish daily morning refreshments and pastries for the eight (8) members of the jury in the above-

entitled matter beginning **November 12, 2009**, **at 7:30 a.m.**, for the duration of the trial, and lunch

during jury deliberations, at the expense of the United States. The trial will be held in Courtroom A,

15th Floor, 450 Golden Gate Avenue, San Francisco, CA  94102

     IT IS SO ORDERED.


Dated: November 6, 2009

                              _____
                              JOSEPH C. SPERO
                              United States Magistrate Judge